No. 1950. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—
Corte de Distrito de Humacao. Infracción del artículo 84
del Código Penal. Resuelto en junio 19, 1922. No se ha
archivado alegato y no apareciendo de los autos ningún
error fundamental, se confirma la sentencia.

No. 2801. F. FRESNO & CO., APELANTES, *v.* PÉREZ ET AL.,
APELADOS. Corte de Distrito de Humacao. Cobro de di-
nero. Resuelto en junio 20, 1922. Vista la moción de de-
sistimiento, se tiene por desistido a los apelantes de su ape-
lación.

No. 2800. BERRÍOS, APELADO, *v.* EL MUNICIPIO DE YABU-
COA, APELANTE.—Corte de Distrito de Humacao. *Injunction.*
Resuelto en junio 20, 1922. No habiéndose radicado en
tiempo la transcripción de los autos en esta corte y tam-
poco tramitádose el pliego de excepciones o la exposición
del caso en la corte de distrito, se declara con lugar la mo-
ción del apelado y se desestima la apelación.

No. 1952. EL PUEBLO, APELADO, *v.* ORTIZ, APELANTE.—
Corte de Distrito de Ponce. Infracción a la sección 37 de
la ley de Arbitrios. Resuelto en junio 20, 1922. Apare-
ciendo que la denuncia es suficiente y bastante la prueba
y siendo el único error el de haber fijado un día de cárcel
por cada dos dollars de multa que se dejen de satisfacer,
se corrige la sentencia apelada para que sea un día de cár-
cel por cada dollar y la prisión no exceda dé 30 días y así
modificada se confirma.

No. 2798. TORRES, APELADO, *v.* CABALLERO, APELANTE.—
Corte de Distrito de Arecibo. Rendición de cuentas. Re-
suelto en junio 22, 1922. Vista la moción de los apelados
sobre desestimación de apelación y la certificación que se
acompaña, se desestima la misma.